UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

PERCY JAMES PEARCE,

    Petitioner,

vs.

BARRACK H. OBAMA, President, United States; UNITED STATES PAROLE COMMISSION; United States Parole Commissioner BENJAMIN J. BLANKENSHIP; Federal Public Defender AMANDA K. RUIZ; and Senior United States Probation Officers PAUL S. RENOIS, JENNIFER HUTCHINGS, LAURIE MCHNULTY, MICHAEL ARMISTEAD, and SCOTT WATERS,

    Respondents.

No. C 11-0120 PJH (PR)

**ORDER EXTENDING TIME TO AMEND**

This is a mandamus case filed pro se by a federal prisoner. The court dismissed the petition with leave to amend. That order was returned as undeliverable. Shortly after it was returned, petitioner notified the court of a change in his address.

The clerk shall send a copy of the order to amend (docket number 10) to petitioner at his new address. The time for petitioner to file an amended petition is **EXTENDED** to a date thirty days from the date this order is entered.

**IT IS SO ORDERED.**

Dated: October 18, 2011.

                        PHYLLIS J. HAMILTON
                        United States District Judge

P:\PRO-SE\PJH\HC.11\PEARCE0120.EOT.wpd