UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

PERCY JAMES PEARCE,

    Petitioner,

vs.

BARRACK H. OBAMA, President, United States, et al.,

    Respondents.

No. C 11-0120 PJH (PR)

**ORDER OF DISMISSAL**

This is a case filed pro se by a federal prisoner. The petition was captioned "Petitioner Pearce's Petition for a Writ of Mandamus, 28 U.S.C. § 1651; Plaintiff Pearce's Petition for a Writ of Habeas Corpus, 28 U.S.C. § § 2244(b)(2)(B), 2255(1); or in the Alternative 28 U.S.C. Rule 60(b)(1)(2)(3) Motion."

In the initial review order the court noted that the case is not a proper one for mandamus, that Rule 60(b) of the Federal Rules of Civil Procedure also did not apply, and that it was unclear whether habeas corpus could provide a basis for the claims. The petition was dismissed with leave to amend within thirty days to provide a petition that would "point to a 'real possibility of constitutional error.'" Rule 4 Advisory Committee Notes (quoting *Aubut v. Maine*, 431 F.2d 688, 689 (1st Cir. 1970). Petitioner was warned that the case would be dismissed if he did not amend within the time allowed.

The time to amend has passed and petitioner has not amended. This case therefore is **DISMISSED**. The clerk shall close the file.

**IT IS SO ORDERED.**

Dated: December 2, 2011.

    PHYLLIS J. HAMILTON
    United States District Judge

P:\PRO-SE\PJH\HC.11\PEARCE0120.DSM.wpd